**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1052**

---

ROBERT S.K. YOUNG, M.D.,

Plaintiff - Appellant,

versus

PHARMACIA & UPJOHN, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  J. Frederick Motz, Chief District Judge.
(CA-97-2523-JFM)

---

Submitted:  April 15, 1999          Decided:  April 20, 1999

---

Before NIEMEYER and HAMILTON,[*] Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

[*] Judge Hamilton did not participate in consideration of this case.  The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

Robert S.K. Young, M.D., Appellant Pro Se. Andrew See, John Cosmos Monica, Jr., SHOOK, HARDY & BACON, Kansas City, Missouri; Paul Steven Schleifman, SHOOK, HARDY & BACON, L.L.P., Washington, D.C.; Stephen Edward Scheve, SHOOK, HARDY & BACON, Houston, Texas, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert S.K. Young, M.D. appeals the district court's order granting summary judgment to the Defendant in his action alleging defamation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Young v. Pharmacia & Upjohn, No. CA-97-2523-JFM (D. Md. Dec. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED